IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

WOODIE LEE JOHNSON,
ADC #701747                                                                                              PLAINTIFF

v.                                             2:08CV00064-WRW/HLJ

LARRY MAY, et al.                                                                                      DEFENDANTS

## MEMORANDUM AND ORDER

By Order dated April 25, 2008, this Court granted plaintiff's application to proceed in forma pauperis in this action, filed pursuant to 42 U.S.C. § 1983 (DE #3).  However, finding plaintiff's complaint too vague and conclusory to enable it to determine whether it was frivolous, failed to state a claim, or stated a legitimate cause of action, the Court directed plaintiff to file an amended complaint within fifteen days of the date of the Order, and to clarify the individuals she intended to name as defendants.  The Court noted that plaintiff did not include specific allegations against all the named defendants in the body of her complaint.  The Court also advised plaintiff that failure to file such in accordance with the Court's directions would result in the dismissal without prejudice of her complaint.    As of this date, however,  plaintiff has not filed an amended complaint.

Rule LR5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:

> It is the duty of any party not represented by counsel
> to promptly notify the Clerk and the other parties to
> the proceedings of any change in his or her address,
> to monitor the progress of the case and to prosecute
> or defend the action diligently . . . . If any communi-
> cation from the Court to a pro se plaintiff is not
> responded to within thirty (30) days, the case may be
> dismissed without prejudice. . . .

1

In light of plaintiff's failure to respond to this Court's April 25, 2008 Order, the Court will dismiss the complaint without prejudice. Accordingly,

IT IS, THEREFORE, ORDERED that this complaint is DISMISSED without prejudice.

An appropriate Judgment shall accompany this Memorandum and Order.

IT IS SO ORDERED this 12th day of June, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE