IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

WOODIE LEE JOHNSON,
ADC #701747                                                                                               PLAINTIFF

v.                                              2:08CV00064WRW/HLJ

LARRY MAY, et al.                                                                                        DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 12th day of June, 2008.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE